IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA T. COOKE, individually and as representative of the Estate of CHESTER J. COOKE, deceased, and ROSANNA CHAMPION as next friend of GLENN ALEXANDER COOKE, a minor | * * * * * * * | |
| VS. | * * | CIVIL ACTION NO. B-01- 188<br>FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | * * | |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARIA T. COOKE, individually and as representative of the Estate of CHESTER J. COOKE, deceased, and ROSANNA CHAMPION as next friend of GLENN ALEXANDER COOKE, a minor, Plaintiffs, complaining of THE UNITED STATES OF AMERICA hereafter "the government" and for cause of action would respectfully show as follows:

1.

This suit is brought under the Federal Torts Claims Act, 28 U.S.C. section 2671 et. seq., claiming that the negligence of employees of the Immigration and Naturalization Service resulted in the death of Glenn Cooke.

2.

### PARTIES

Plaintiffs, Maria T. Cooke and Rosanna Champion are residents of

Brownsville, Cameron County, Texas.

3.

## JURISDICTION

This court has jurisdiction pursuant to 28 U.S.C. section 1346 (b)(1) as this is a civil action for money damages against the United States of America.

4.

## VENUE

Venue is appropriate in this court pursuant to 28 U.S.C. section 1402 (b) as this is a civil action on a tort claim against the United States in which the Plaintiffs reside within this district and division, and the acts or omissions complained of occurred in this district and division.

5.

## PREREQUISITES TO SUIT

Pursuant to 28 U.S.C. section 2675 Plaintiffs claims have been presented to the Immigration and Naturalization Service within two years of the occurrence in question and more than six months have passed without resolution of their claims. The government has not expressly denied Plaintiffs' claims and this suit is being filed within six years of the accrual of their causes of action.

6.

## FACTS

On or about April 18, 1998, John Paul Garza mortally shot Glenn Cooke with a pistol several times at Brownsville, Texas. The pistol used by John Paul Garza was owned by the government and issued to the assailant's father, Pablo Garza, an employee of the Immigration and

Naturalization Service at Bayview, Texas. Pablo Garza made the weapon available to John Paul Garza generally and specifically at the time of the shooting when he knew that a conflict between John Paul Garza and Glen Cooke had been brewing for days.

7.

Maria T. Cooke is the mother of the deceased, Glenn Cooke, and Chester J. Cooke was the father. Glen Alexander Cooke, a minor, is the son of the deceased and he is being represented by his mother, Rosanna Champion as next friend.

8.

## **_LIABILITY_**

At all relevant times the Government had specific rules regarding safe storage, use and security of government-issued firearms. These rules specifically forbade employees, such as Pablo Garza, from carrying a firearm when not in an official capacity and when there was no probability that it might be needed, and to store firearms so as to prevent unsafe handling or theft.

9.

In the instant case the government negligently failed to supervise Pablo Garza and to properly use, handle and store the weapon in question under the doctrine Respondeat Superior. The government was further negligent in failing to enforce its own rules regarding safe use and storage of its firearms.

10.

The government's negligence was a proximate cause of Glen Cooke's death.

11.

As a proximate result of the government's negligence, Plaintiffs have lost the financial and emotional support of Glenn Cooke and suffered severe mental anguish and loss of quality of life in the past and in the future.

12.

**PRAYER**

WHEREFORE, Plaintiffs pray that the government be cited to answer and appear and that upon final hearing that they recover judgment against the government, jurisdictional limits of the court; costs of court and such other and further relief to which they may be justly entitled as follows:

| | | |
|---|---|---|
| 1. | Maria T. Cooke | $1,000,000.00 |
| 2. | Chester J. Cooke | $1,000,000.00 |
| 3. | Rosanna Champion | $5,000,000.00 |

Respectfully submitted,

*[signature: Barry Benton]*

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas  78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFFS

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS
Brownsville Division

Maria T. Cooke, individually and as
a representative of the Estate of
Chester J. Cooke, deceased, and Rosanna
Champion as next friend of Glen Alexander
Cooke, a minor

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-01- 188

United States of America

TO: (Name and address of defendant)

United States of America
c/o Office of the United States Attorney General Southern District of Texas
Attn: Civil Process
P.O. Box 61129
Houston, Texas 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Ave.
Brownsville, Texas 78520

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

DATE November 13, 2001

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN  **DISTRICT OF**  TEXAS
Brownsville Division

Maria T. Cooke, individually and as
a representative of the Estate of
Chester J. Cooke, deceased, and Rosanna
Cooke as next friend of Glen Alexander
Cooke, a minor

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-188

TO: (Name and address of defendant)

United States of America
c/o U.S. Department of Justice
Civil Division, Torts Branch
Attn: Robin D. Smith
P.O. Box 888 Benjamin Franklin Station
Washington, DC 20044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Ave.
Brownsville, Texas 78520

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

DATE November 13, 2001

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

Brownsville Division

Maria T. Cooke, individually and as
a representative of the Estate of
Chester J. Cooke, deceased, and Rosanna
Champion as next friend of Glen Alexander **SUMMONS IN A CIVIL CASE**
Cooke, a minor

V.

CASE NUMBER: B-01-188

United States of America

**TO:** (Name and address of defendant)

United States of America
c/o Office of the United States Attorney General
Attn: Mail Referral Office
950 Pennsylvania Ave., N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Ave.
Brownsville, Texas 78520

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                           November 13, 2001

CLERK                                              DATE

(BY) DEPUTY CLERK