IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JAN 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA T. COOKE, etc., | * | |
| Plaintiffs, | * | |
| | * | Civil Action B-01-188 |
| vs. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| | * | |

**UNITED STATES' UNOPPOSED MOTION FOR A FORTY-FIVE DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant the United States of America ("United States") hereby moves this Court for a forty-five day extension of time to respond to Plaintiffs' Complaint. In support of this Unopposed Motion, the United States submits the following:

1. Plaintiffs filed their suit on November 13, 2001. Although it has not yet been verified that all steps for perfecting service have been made (in part due to the tremendous backlog of mail subject to screening for the anthrax virus at the Department of Justice in Washington, D.C.), it is believed that a response may be anticipated by the Court on or by January 14, 2002.

2. On January 11, 2002, the undersigned was contacted by staff with the United States Department of Justice, Torts Branch regarding this lawsuit. It appears that officials with the Torts Branch did not receive the Complaint at issue for review due to an interruption of mail service to federal government offices in Washington, D.C., because of anthrax-related concerns. Plaintiffs' complaint raises certain issues pertaining to various jurisdictional defenses that must be reviewed and considered by the Torts Branch prior to being filed with the Court.

It is believed that forty-five days will be an adequate time for officials to review the Complaint and research any potential issues.

### *Certification of Consultation*

3. On January 11, 2002, the undersigned contacted Plaintiffs' attorney, Barry Benton, and he advised that he was not opposed to this motion for addition time.

WHEREFORE, the United States respectfully requests that the Court grant its unopposed motion and sign the attached proposed order.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the UNITED STATES' UNOPPOSED MOTION FOR A FORTY-FIVE DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT was forwarded to Plaintiffs' attorney of record, Barry Benton at 284 Ebony Avenue., Brownsville, TX 78520, via First Class Mail.

NANCY L. MASSO
Assistant United States Attorney