4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2002

Michael N. Milby
Clerk of Court

MARIA T. COOKE, Individually and )
as representative of the Estate of )
CHESTER J. COOKE, deceased, )
and ROSANNA CHAMPION as )
next friend of GLENN ALEXANDER )
COOKE, a minor, ) Civil Action No. B-01-188
)
v. )
)
UNITED STATES OF AMERICA. )
_____)

NOTICE OF APPEARANCE
ON BEHALF OF THE UNITED STATES

PLEASE TAKE NOTICE that defendant United States of America hereby gives notice of the appearance of Stephen E. Handler as its attorney of record in the above-captioned matter.

/ / /

/ / /

/ / /

All pleadings and correspondence concerning this case should be directed in the following manner:

<u>Regular Mail</u>

Mr. Stephen E. Handler, Esq.
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, D.C. 20044

<u>Express Mail</u>

Mr. Stephen E. Handler, Esq.
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., N.W.
Room 8066N
Washington, D.C. 20004

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

MICHAEL T. SHELBY
United States Attorney

PHYLLIS J. PYLES
Assistant Director

STEPHEN E. HANDLER
Trial Attorney (Attorney-In-Charge)
Attorney Reg. No. 6188141 (Illinois)
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, D.C. 20044
(202) 616-4279 (Office)
(202) 616-5200 (Facsimile)
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on ___1/29/02___, I caused to be served upon the following counsel a true and correct copy of the Notice of Appearance on Behalf of the United States, via First Class Mail to:

>Barry R. Benton
>Attorney at law
>284 Ebony Avenue
>Brownsville, Texas  78520

_____
Stephen E. Handler