5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA T. COOKE, Individually and as representative of the Estate of CHESTER J. COOKE, deceased, and ROSANNA CHAMPION as next friend of GLENN ALEXANDER COOKE, a minor, <br><br> v. <br><br> UNITED STATES OF AMERICA. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. B-01-188 |

CERTIFICATE OF INTERESTED PARTIES
ON BEHALF OF THE UNITED STATES

Pursuant to the Court's Order Setting Conference and disclosure of interested parties, the United States identifies the following entities and individuals as interested in the outcome of this litigation:

1) United States of America;

2) Maria T. Cooke;

3) Estate of Chester J. Cooke;

/ / /

/ / /

/ / /

    4)    Rosanna Champion; and

    5)    Glenn Alexander Cooke.

Dated: __1/29__, 2002.

    Respectfully submitted,

    ROBERT D. McCALLUM, JR.
    Assistant Attorney General

    MICHAEL T. SHELBY
    United States Attorney

    PHYLLIS J. PYLES
    Assistant Director, Torts Branch

    _/s/ Stephen Handler_
    STEPHEN E. HANDLER
    Attorney-in-Charge
    Reg.No. 6188141 (Illinois)
    Trial Attorney, Torts Branch
    Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station
    P.O. Box 888
    Washington, DC 20044
    (202) 616-4279 (Office)
    (202) 616-5200 (Facsimile)

    Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on ____1/29/02____, I caused to be served upon the following counsel a true and correct copy of the Certificate of Interested Parties on Behalf of the United States, via First Class Mail to:

> Barry R. Benton
> Attorney at law
> 284 Ebony Avenue
> Brownsville, Texas  78520

_____
Stephen E. Handler