6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA T. COOKE, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. B-01-188 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

ORDER

BE IT REMEMBERED that on February 20, 2002, the Court considered the United States' Unopposed Motion for a Forty-Five Day Extension of Time to Respond to Plaintiffs' Complaint [Dkt. No. 3]. The Motion, states that Plaintiffs' counsel is unopposed. Defendant's Motion was filed on January 11, 2002. The Court hereby **GRANTS** the Motion and **ORDERS** the United States to file its response to Plaintiff's complaint no later than February 26, 2002.

DONE this 20th of February, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge