# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

MARIA T. COOKE, Individually and )
as representative of the Estate of )
CHESTER J. COOKE, deceased, )
and ROSANNA CHAMPION as )
next friend of GLENN ALEXANDER )
COOKE, a minor, )

                                          )     Civil Action No. B-01-188

                                          )

        v.                               )

                                          )

UNITED STATES OF AMERICA. )
_____)

## UNITED STATES' MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

      The United States hereby moves this Honorable Court to dismiss this action for lack of

subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.  In

the alternative, the United States moves for summary judgment pursuant to Rule 56(b) on the

grounds that there is no genuine issue of material fact and defendant is entitled to judgment as a

matter of law.  In support of this motion, the Court is respectfully referred to the memorandum in

/ / /

/ / /

/ / /

support thereof which is filed herewith, and the Declaration of Rosemary Gonzalez which is

appended hereto.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

MICHAEL T. SHELBY
U.S. Attorney
Southern District of Texas

PHYLLIS J. PYLES
Assistant Director, Torts Branch
Civil Division

STEPHEN E. HANDLER
Attorney-in-Charge
Reg. No. 6188141 (Illinois)
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4279 (Office)
(202) 616-5200 (Facsimile)

Attorneys for the United States

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA T. COOKE, Individually and )
as representative of the Estate of )
CHESTER J. COOKE, deceased, )
and ROSANNA CHAMPION as )
next friend of GLENN ALEXANDER )
COOKE, a minor, )          Civil Action No. B-01-188
)
v. )
)
UNITED STATES OF AMERICA. )
_____ )

## DECLARATION OF ROSEMARY GONZALEZ

I hereby declare and state that the following facts are from my personal

knowledge:

1.      My name is Rosemary Gonzalez.

2.      From 1999 to the present, I have been a duty operations officer for the Port Isabel

Service Processing Center in Los Fresnos, Texas, Harlington District, Immigration and

Naturalization Service.  From 1992 to 1999, I was a first line supervisor of detention enforcement

officers.  From 1983 to 1992, I was a detention enforcement officer.

3.      On April 18, 1998, I was the duty officer at the Port Isabel Service Processing

Center in Los Fresnos, Texas, and was responsible for supervising detention enforcement officers

who were on duty that day.

4.     Based upon my review of the desk officer's log book and my recollection, Pablo

Garza was not on duty on April 18, 1998.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _2/22/02_

ROSEMARY GONZALEZ

2

## CERTIFICATE OF SERVICE

I hereby certify that on _February 25, 2002_, I caused to be served upon the following counsel a true and correct copy of the United States' Motion to Dismiss or, in the Alternative, for Summary Judgment and the Declaration of Rosemary Gonzalez, via First Class Mail to:

> Barry R. Benton
> Attorney at law
> 284 Ebony Avenue
> Brownsville, Texas  78520


Stephen E. Handler