IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA T. COOKE, individually and as representative of the Estate of CHESTER J. COOKE, deceased, and ROSANNA CHAMPION as next friend of GLENN ALEXANDER COOKE, a minor<br><br>VS.<br><br>THE UNITED STATES OF AMERICA | CIVIL ACTION NO. B-01-188 |

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE THE INITIAL PRETRIAL CONFERENCE AND TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO THE UNITED STATES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARIA T. COOKE, individually and as representative of the Estate of CHESTER J. COOKE, deceased, and ROSANNA CHAMPION as next friend of GLENN ALEXANDER COOKE, a minor, Plaintiffs, in the above-entitled and numbered cause, and move this court to continue the initial pretrial conference presently set for Monday, March 18, 2002, and to extend Plaintiffs' deadline to respond to the United States' Motion to Dismiss or, in the Alternative, for Summary Judgment, and in support thereof would respectfully show as follows:

1.

The United States filed its response to Plaintiffs' lawsuit on or about February 25, 2002. Plaintiffs' counsel learned of this motion, a motion to dismiss or summary judgment, by phone conversation and subsequent facsimile on Friday, March 1, 2002. The local rules provide that Plaintiffs have 20 days or until March 18, 2002 to respond to this motion. Meanwhile Plaintiffs' counsel for several months has had plans to visit Florida during most of the week of March 25th. Under these circumstances Plaintiffs do not have a reasonable time to respond to the government's potentially dispositive motion. Plaintiffs request until April 5, 2002, to respond to the government's motion.

2.

The government, which has been the beneficiary of the Plaintiffs' agreement to extend for 45 days the time to answer the lawsuit, is now returning the favor by not opposing this motion. The government has only requested that it have until April 19, 2002, to reply to Plaintiffs' response.

3.

Presently the initial pretrial conference is set for Monday, March 18,

2002, at 2:00 P.M.  The granting of this motion would necessitate continuance of that hearing until after the response and any reply are filed.  The government requests the hearing not be reset to the week of March 25, 2002 as the government's counsel will be unavailable.

4.

WHEREFORE, Plaintiffs pray that this motion be granted and that this court extend the deadline for Plaintiffs to respond to the government's motion to dismiss or, in the alternative, for summary judgment and continue the initial pretrial conference to an appropriate date.

                                          Respectfully submitted,

/s/ Barry R. Benton
Barry R. Benton
284 Ebony Avenue
Brownsville, Texas  78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY-IN-CHARGE-FOR
PLAINTIFFS

## **VERIFICATION**

STATE OF TEXAS               *

COUNTY OF CAMERON            *

I, Barry R. Benton, attorney for Plaintiffs in the above-entitled and numbered cause, have read the foregoing Plaintiffs' Unopposed Motion to Continue the Initial Scheduling Conference and Plaintiffs' Deadline to Respond to the United States' Motion to Dismiss or, in the alternative, Summary Judgment and all the facts contained in paragraphs one and two are true and correct to my personal knowledge.

_____
BARRY R. BENTON

SWORN TO AND SUBSCRIBED BEFORE ME by Barry R. Benton, to certify which witness my hand and seal of office on this the 12th day of March, 2002.

_____
Notary Public, State of Texas

LESLIE C. DELGADO
MY COMMISSION EXPIRES
December 10, 2002

## CERTIFICATE OF CONFERENCE

I have conferred with the opposing counsel on the foregoing motion and he is unopposed to the granting of this motion.

_____
BARRY R. BENTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2002, that a true and correct copy of the following, PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE AND PLAINTIFFS' DEADLINE TO RESPOND TO THE UNITED STATES MOTION TO DISMISS OR, IN THE ALTERNATIVE, SUMMARY JUDGEMENT was forwarded to attorney of record, to wit:

Mr. Stephen E. Handler
Civil Division, Torts Branch
U.S. Department of Justice
Benjamin Franklin Station
PO Box 888
Washington, DC 20044

_____
BARRY R. BENTON