IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA T. COOKE, individually and as representative of the Estate of CHESTER J. COOKE, deceased, and ROSANNA CHAMPION as next friend of GLENN ALEXANDER COOKE, a minor | * * * * * * * | |
| | * | CIVIL ACTION NO. B-01-188 |
| VS. | * * | |
| THE UNITED STATES OF AMERICA | * * | |

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On this day came on for consideration, PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE THE INITIAL PRETRIAL CONFERENCE AND TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO THE UNITED STATES MOTION TO DISMISS OR, IN THE ALTERNATIVE, SUMMARY JUDGEMENT. It is the opinion of the court that said motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs have until April 5, 2002, to respond to the government's motion to dismiss or, in the alternative, summary judgment, the government shall have until April 19, 2002, to reply and the initial pretrial conference is reset to the 7th day of May, 2002, at 1:30 P.M. before the Honorable Hilda G. Tagle, United States District Judge, 3rd Floor-United States Courthouse, 600 E. Harrison Street, Brownsville, Texas, 78520.

SIGNED FOR ENTRY on this 13 day of March, 2002.

_____
JUDGE PRESIDING