IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA T. COOKE, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. B-01-188 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 3, 2002, the Court considered the United States' Motion to Dismiss, or in the Alternative for Summary Judgment [Dkt. No. 7 & 8], the Plaintiff's Response and its Motion to Continue the Hearing on the United States' Motion for Summary Judgment [Dkt. No. 12], and the United States' Reply Memorandum [Dkt. No. 13].

Defendant having met its burden, the Court hereby **GRANTS** summary judgment for the United States, there being no issue of fact for trial. Plaintiff's Motion to Continue the Hearing is **DENIED**. The initial pretrial conference set for May 7, 2002 is accordingly **CANCELLED**. An opinion will follow.

DONE this 3rd day of May, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge